UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| CALVIN PETERSON | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-00764-RCJ-CWH |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MGM RESORTS INTERNATIONAL d/b/a EXCALIBUR HOTEL CASINO, et al., | ) ) ) ) | Substitution of Counsel (#34) |
| | ) | |
| Defendants. | ) | |

    This matter is before the Court on Plaintiff Calvin Peterson's Notice of Substitution of Counsel (#34), filed October 12, 2011. Having reviewed the stipulation, the Court finds that requirements of LR IA 10-6(c) have been met. Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff Calvin Peterson's Notice of Substitution of Counsel (#34), is **granted**.

    DATED this 14th day of October, 2011.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge